# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BENEFIT FUNDING SYSTEMS LLC and | § | |
| RETIREMENT CAPITAL ACCESS | § | |
| MANAGEMENT COMPANY LLC, | § | |
| | § | |
| Plaintiffs, | § | Civil Action No. 12-801-LPS |
| | § | |
| v. | § | |
| | § | |
| ADVANCE AMERICA, | § | JURY DEMANDED |
| CASH ADVANCE CENTERS, INC. and | § | |
| CNU ONLINE HOLDINGS, LLC | § | |
| F/K/A CASH AMERICA NET | § | |
| HOLDINGS, LLC, | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, Benefit Funding Systems, LLC and Retirement Capital Access Management Company LLC (collectively, the "Plaintiffs"), hereby appeal to the United States Court of Appeals for the Federal Circuit from the Court's October 25, 2013 Oral Order staying this matter pending completion of the PTAB's CBM review of the validity of the claims of U.S. Patent No. 6,625,582. *See* D.I. 89.

Date: November 24, 2013

Respectfully submitted,

FARNAN LLP

*/s/ Michael J. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 777-0300
(302) 777-0301
mfarnan@farnanlaw.com

Casey L. Griffith (admitted *pro hac vice*)
Austin S. Champion (admitted *pro hac vice*)
KLEMCHUK KUBASTA LLP
8150 N. Central Expwy., 10th Floor
Dallas, Texas 75206
(214) 367-6000
(214) 367-6001 (Fax)
casey.griffith@kk-llp.com
austin.champion@kk-llp.com

Attorneys for Plaintiffs

STAYED,APPEAL,MEDIATION-SRF,PATENT

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:12-cv-00801-LPS
### Internal Use Only

| | |
|---|---|
| Benefit Funding Systems LLC et al v. Advance America Cash Advance Centers Inc. | Date Filed: 06/22/2012 |
| Assigned to: Judge Leonard P. Stark | Jury Demand: Both |
| Related Cases: 1:12-cv-00802-LPS | Nature of Suit: 830 Patent |
| 1:12-cv-00803-LPS | Jurisdiction: Federal Question |
| Cause: 35:271 Patent Infringement | |

## Plaintiff

**Benefit Funding Systems LLC**          represented by  **Brian E. Farnan**
Farnan LLP
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300
Fax: (302) 777-0301
Email: bfarnan@farnanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Austin S. Champion**
Email: austin.champion@kk-llp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Casey L. Griffith**
Email: casey.griffith@kk-llp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Farnan**
Farnan LLP
919 North Market Street
12th Floor
Wilmington, DE 19801
302-777-0338
Fax: 302-421-5870
Email: mfarnan@farnanlaw.com
*ATTORNEY TO BE NOTICED*

## Plaintiff

**Retirement Capital Access**          represented by  **Brian E. Farnan**

**Management Company LLC**                    (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Michael J. Farnan**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Advance America Cash Advance**    represented by    **Frederick L. Cottrell , III**
**Centers Inc.**                                      Richards, Layton & Finger, PA
                                                      One Rodney Square
                                                      920 N. King Street
                                                      Wilmington, DE 19801
                                                      (302) 658-6541
                                                      Email: cottrell@rlf.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Ann G. Fort**
                                                      Email: ann.fort@sutherland.com
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Anne Shea Gaza**
                                                      Young, Conaway, Stargatt & Taylor
                                                      LLP
                                                      Rodney Square
                                                      1000 North King Street
                                                      Wilmington, DE 19801
                                                      (302) 571-6727
                                                      Email: agaza@ycst.com
                                                      *TERMINATED: 07/31/2013*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Travis Steven Hunter**
                                                      Richards, Layton & Finger, PA
                                                      One Rodney Square
                                                      920 N. King Street
                                                      Wilmington, DE 19801
                                                      302-651-7564
                                                      Email: hunter@rlf.com
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**CNU Online Holdings, LLC f/k/a**    represented by    **Christopher M. Coggins**
**Cash America Net Holdings, LLC**                      Polsinelli PC
                                                        222 Delaware Avenue, Suite 1101

Wilmington, DE 19801
(302)252-0932
Fax: 302-252-0921
Email: ccoggins@polsinelli.com
*ATTORNEY TO BE NOTICED*

**John A. Leja**
Email: jleja@polsinelli.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark T. Deming**
Email: mdeming@polsinelli.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robyn H. Ast-Gmoser**
Email: rastgmoser@polsinelli.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

| | | |
|---|---|---|
| **Advance America Cash Advance Centers Inc.** | represented by | **Frederick L. Cottrell , III**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Anne Shea Gaza**<br>(See above for address)<br>*TERMINATED: 07/31/2013*<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Benefit Funding Systems LLC** | represented by | **Brian E. Farnan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Michael J. Farnan**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Counter Defendant**

| | | |
|---|---|---|
| **Retirement Capital Access Management Company LLC** | represented by | **Brian E. Farnan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

Michael J. Farnan
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Advance America Cash Advance
Centers Inc.**

represented by **Frederick L. Cottrell , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anne Shea Gaza**
(See above for address)
*TERMINATED: 07/31/2013*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Benefit Funding Systems LLC**

represented by **Brian E. Farnan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Austin S. Champion**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Casey L. Griffith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Farnan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Retirement Capital Access
Management Company LLC**

represented by **Brian E. Farnan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Farnan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**CNU Online Holdings, LLC f/k/a
Cash America Net Holdings, LLC**

represented by **Christopher M. Coggins**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Benefit Funding Systems LLC** | represented by | **Brian E. Farnan** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Austin S. Champion** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Casey L. Griffith** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Michael J. Farnan** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Counter Defendant**

| | | |
|---|---|---|
| **Retirement Capital Access Management Company LLC** | represented by | **Brian E. Farnan** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Michael J. Farnan** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |


| Date Filed | # | Docket Text |
|---|---|---|
| 06/22/2012 | 1 | COMPLAINT filed with Jury Demand against Advance America Cash Advance Centers Inc. - Magistrate Consent Notice to Pltf. ( Filing fee $ 350, receipt number 311-1095160.) - filed by Retirement Capital Access Management Company LLC, Benefit Funding Systems LLC. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet)(dmp, ) (Entered: 06/22/2012) |
| 06/22/2012 | 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction (dmp, ) (Entered: 06/22/2012) |
| 06/22/2012 | 3 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) US 6,625,582 B2;. (dmp, ) (Entered: 06/22/2012) |
| 06/22/2012 | 4 | Disclosure Statement pursuant to Rule 7.1 filed by Benefit Funding Systems LLC, Retirement Capital Access Management Company LLC. (dmp, ) (Entered: 06/22/2012) |

| 06/22/2012 | | Summons Issued with Magistrate Consent Notice attached as to Advance America Cash Advance Centers Inc. on 6/22/2012. Requesting party or attorney should pick up issued summons at the Help Desk, Room 4209, or call 302-573-6170 and ask the Clerk to mail the summons to them. (dmp, ) (Entered: 06/22/2012) |
|---|---|---|
| 06/27/2012 | | Case Assigned to Judge Leonard P. Stark. Please include the initials of the Judge (LPS) after the case number on all documents filed. Associated Cases: 1:12-cv-00801-LPS, 1:12-cv-00802-LPS, 1:12-cv-00803-LPS (rjb) (Entered: 06/27/2012) |
| 07/11/2012 | 5 | SUMMONS Returned Executed by Retirement Capital Access Management Company LLC, Benefit Funding Systems LLC. Advance America Cash Advance Centers Inc. served on 7/2/2012, answer due 7/23/2012. (Farnan, Brian) (Entered: 07/11/2012) |
| 07/20/2012 | 6 | STIPULATION TO EXTEND TIME to Answer Complaint to 8/22/12 - filed by Benefit Funding Systems LLC, Retirement Capital Access Management Company LLC. (Farnan, Michael) (Entered: 07/20/2012) |
| 07/23/2012 | | SO ORDERED, re 6 STIPULATION TO EXTEND TIME to Answer Complaint to 8/22/12 filed by Retirement Capital Access Management Company LLC, Benefit Funding Systems LLC. Signed by Judge Leonard P. Stark on 7/23/12. (ntl) (Entered: 07/23/2012) |
| 08/22/2012 | 7 | NOTICE of Appearance by Frederick L. Cottrell, III on behalf of Advance America Cash Advance Centers Inc. (Cottrell, Frederick) (Entered: 08/22/2012) |
| 08/22/2012 | 8 | NOTICE of Appearance by Anne Shea Gaza on behalf of Advance America Cash Advance Centers Inc. (Gaza, Anne) (Entered: 08/22/2012) |
| 08/22/2012 | 9 | ANSWER to 1 Complaint, with Jury Demand , COUNTERCLAIM against Benefit Funding Systems LLC, Retirement Capital Access Management Company LLC by Advance America Cash Advance Centers Inc..(Gaza, Anne) (Entered: 08/22/2012) |
| 08/22/2012 | 10 | Disclosure Statement pursuant to Rule 7.1 filed by Advance America Cash Advance Centers Inc. identifying Corporate Parent Eagle U.S. Sub, Inc. for Advance America Cash Advance Centers Inc... (Gaza, Anne) (Entered: 08/22/2012) |
| 08/22/2012 | 11 | MOTION for Pro Hac Vice Appearance of Attorney Ann G. Fort - filed by Advance America Cash Advance Centers Inc.. (Gaza, Anne) (Entered: 08/22/2012) |
| 08/23/2012 | | SO ORDERED, re 11 MOTION for Pro Hac Vice Appearance of Attorney Ann G. Fort filed by Advance America Cash Advance Centers Inc. Signed by Judge Leonard P. Stark on 8/23/12. (ntl) (Entered: 08/23/2012) |
| 08/23/2012 | | Pro Hac Vice Attorney Ann G. Fort for Advance America Cash Advance Centers Inc. added for electronic noticing. (rbe) (Entered: 08/23/2012) |

| | | |
|---|---|---|
| 08/27/2012 | 12 | NOTICE of Appearance by Travis Steven Hunter on behalf of Advance America Cash Advance Centers Inc. (Hunter, Travis) (Entered: 08/27/2012) |
| 09/17/2012 | 13 | ANSWER to 9 Answer to Complaint, Counterclaim by Benefit Funding Systems LLC, Retirement Capital Access Management Company LLC. (Farnan, Michael) (Entered: 09/17/2012) |
| 09/20/2012 | 14 | ORAL ORDER: IT IS HEREBY ORDERED that the parties shall confer regarding proposed dates in the scheduling order and shall submit a proposal to the Court no later than October 4, 2012. The parties are to review the Court's form scheduling order, which is posted at http://www.ded.uscourts.gov (see Chambers, Judge Stark, Forms). ORDERED by Judge Leonard P. Stark on 9/20/12. Associated Cases: 1:12-cv-00801-LPS, 1:12-cv-00802-LPS, 1:12-cv-00803-LPS(ntl) (Entered: 09/20/2012) |
| 10/04/2012 | 15 | PROPOSED ORDER Scheduling Order by Benefit Funding Systems LLC, Retirement Capital Access Management Company LLC. (Attachments: # 1 Letter to The Honorable Leonard P. Stark)(Farnan, Brian) (Entered: 10/04/2012) |
| 10/12/2012 | 16 | SCHEDULING ORDER: Case referred to the Magistrate Judge for the purpose of exploring ADR. Joinder of Parties due by 6/21/2013. Amended Pleadings due by 8/14/2013. Discovery due by 10/14/2013. Status Report due by 5/31/2013. Dispositive Motions due by 3/28/2014. Claim Construction Opening Brief due by 7/29/2013. Claim Construction Answering Brief due by 8/19/2013. A Markman Hearing is set for 9/23/2013 at 9:30 AM in Courtroom 6B. Signed by Judge Leonard P. Stark on 10/12/12. Associated Cases: 1:12-cv-00801-LPS, 1:12-cv-00802-LPS, 1:12-cv-00803-LPS(ntl) (Entered: 10/12/2012) |
| 10/22/2012 | | CASE REFERRED to Judge Fallon for Mediation. (lih) (Entered: 10/22/2012) |
| 10/22/2012 | 17 | ORDER Setting Teleconference: Plaintiff's counsel shall initiate the call. A Telephone Conference is set for 12/13/2012 at 01:30 PM before Judge Sherry R. Fallon to discuss ADR. Signed by Judge Sherry R. Fallon on 10/22/2012. (lih) (Entered: 10/22/2012) |
| 11/13/2012 | 18 | STIPULATION TO EXTEND TIME to EXTEND the deadline to file Initial and ESI Disclosures and the Protective Order to 11/20/2012 - filed by Benefit Funding Systems LLC, Retirement Capital Access Management Company LLC. (Farnan, Michael) (Entered: 11/13/2012) |
| 11/14/2012 | | SO ORDERED, re (15 in 1:12-cv-00802-LPS) STIPULATION TO EXTEND TIME to EXTEND the deadline to file Initial and ESI Disclosures and the Protective Order to 11/20/2012 filed by Retirement Capital Access Management Company LLC, Benefit Funding Systems LLC, (15 in 1:12-cv-00803-LPS) STIPULATION TO EXTEND TIME to EXTEND the deadline to file Initial and ESI Disclosures and the Protective Order to 11/20/2012 filed by Retirement Capital Access Management Company LLC, Benefit Funding Systems LLC, (18 in |

| | | |
|---|---|---|
| | | 1:12-cv-00801-LPS) STIPULATION TO EXTEND TIME to EXTEND the deadline to file Initial and ESI Disclosures and the Protective Order to 11/20/2012 filed by Retirement Capital Access Management Company LLC, Benefit Funding Systems LLC, (16 in 1:12-cv-00803-LPS) MOTION for Pro Hac Vice Appearance of Attorney Ryan M. Corbett of Wiley Rein LLP filed by US Bancorp. Signed by Judge Leonard P. Stark on 11/14/12. Associated Cases: 1:12-cv-00801-LPS, 1:12-cv-00802-LPS, 1:12-cv-00803-LPS(ntl) (Entered: 11/14/2012) |
| 11/20/2012 | 19 | STIPULATION TO EXTEND TIME for parties to submit proposed protective order to December 4, 2012 - filed by Advance America Cash Advance Centers Inc.. (Hunter, Travis) (Entered: 11/20/2012) |
| 11/20/2012 | 20 | NOTICE OF SERVICE of Defendant Advance America Cash Advance Centers, Inc.'s Disclosures Pursuant to Paragraph 3 of the Default Standard for Discovery, Including Discovery of Electronically Stored Information by Advance America Cash Advance Centers Inc..(Hunter, Travis) (Entered: 11/20/2012) |
| 11/20/2012 | 21 | NOTICE OF SERVICE of Defendant Advance America Cash Advance Centers, Inc.'s Initial Disclosures Pursuant to Rule 26(a)(1) by Advance America Cash Advance Centers Inc..(Hunter, Travis) (Entered: 11/20/2012) |
| 11/20/2012 | 22 | NOTICE OF SERVICE of (i) Plaintiffs' Initial Electronic Discovery Related Disclosures; (ii) Plaintiffs' Initial Disclosures Pursuant to Federal Rule of Civil Procedure Rule 26(a)(1)(A); and (iii) Disclosures of Accused Products, Patents, and File Histories by Benefit Funding Systems LLC, Retirement Capital Access Management Company LLC. (Farnan, Brian) (Entered: 11/20/2012) |
| 11/26/2012 | | SO ORDERED, re (19 in 1:12-cv-00801-LPS, 18 in 1:12-cv-00803-LPS, 17 in 1:12-cv-00802-LPS) STIPULATION TO EXTEND TIME for parties to submit proposed protective order to December 4, 2012 filed by Advance America Cash Advance Centers Inc. Signed by Judge Leonard P. Stark on 11/26/12. Associated Cases: 1:12-cv-00801-LPS, 1:12-cv-00802-LPS, 1:12-cv-00803-LPS(ntl) (Entered: 11/26/2012) |
| 11/26/2012 | 🔒 | (Court only) ***Documents terminated: (15 in 1:12-cv-00802-LPS), (18 in 1:12-cv-00801-LPS) Associated Cases: 1:12-cv-00801-LPS, 1:12-cv-00802-LPS(ntl) (Entered: 11/26/2012) |
| 11/29/2012 | 23 | MOTION for Pro Hac Vice Appearance of Attorney Casey L. Griffith - filed by Benefit Funding Systems LLC, Retirement Capital Access Management Company LLC. (Farnan, Brian) (Entered: 11/29/2012) |
| 11/30/2012 | | SO ORDERED, re 23 MOTION for Pro Hac Vice Appearance of Attorney Casey L. Griffith filed by Retirement Capital Access Management Company LLC, Benefit Funding Systems LLC. Signed by Judge Leonard P. Stark on 11/30/12. (ntl) (Entered: 11/30/2012) |
| 12/04/2012 | 24 | PROPOSED ORDER Stipulated Protective Order by Benefit Funding Systems LLC, Retirement Capital Access Management Company LLC. |

| | | |
|---|---|---|
| | | (Farnan, Brian) (Entered: 12/04/2012) |
| 12/04/2012 | 25 | MOTION for Pro Hac Vice Appearance of Attorney Austin S. Champion - filed by Benefit Funding Systems LLC, Retirement Capital Access Management Company LLC. (Farnan, Brian) (Entered: 12/04/2012) |
| 12/05/2012 | | SO ORDERED, re 25 MOTION for Pro Hac Vice Appearance of Attorney Austin S. Champion filed by Retirement Capital Access Management Company LLC, Benefit Funding Systems LLC. Signed by Judge Leonard P. Stark on 12/5/12. (ntl) (Entered: 12/05/2012) |
| 12/05/2012 | | Pro Hac Vice Attorney Casey L. Griffith for Benefit Funding Systems LLC,Casey L. Griffith for Benefit Funding Systems LLC,Casey L. Griffith for Benefit Funding Systems LLC added for electronic noticing. Associated Cases: 1:12-cv-00801-LPS, 1:12-cv-00802-LPS, 1:12-cv-00803-LPS(els) (Entered: 12/05/2012) |
| 12/05/2012 | | SO ORDERED, re (20 in 1:12-cv-00802-LPS) (21 in 1:12-cv-00803-LPS) (24 in 1:12-cv-00801-LPS) STIPULATED PROTECTIVE ORDER filed by Retirement Capital Access Management Company LLC, Benefit Funding Systems LLC. Signed by Judge Leonard P. Stark on 12/5/12. Associated Cases: 1:12-cv-00801-LPS, 1:12-cv-00802-LPS, 1:12-cv-00803-LPS(ntl) (Entered: 12/05/2012) |
| 12/10/2012 | | Pro Hac Vice Attorney Austin S. Champion for Benefit Funding Systems LLC added for electronic noticing. Associated Cases: 1:12-cv-00801-LPS, 1:12-cv-00802-LPS, 1:12-cv-00803-LPS(dmp, ) (Entered: 12/10/2012) |
| 12/12/2012 | 26 | NOTICE OF SERVICE of Defendant Advance America Cash Advance Centers, Inc.s Disclosures Pursuant to Paragraph 4(B) of the Default Standard for Discovery, Including Discovery of Electronically Stored Information by Advance America Cash Advance Centers Inc..(Hunter, Travis) (Entered: 12/12/2012) |
| 12/13/2012 | 🔒 | (Court only) Minute Entry for proceedings held before Judge Sherry R. Fallon - Telephone Conference held on 12/13/2012. Associated Cases: 1:12-cv-00801-LPS, 1:12-cv-00802-LPS, 1:12-cv-00803-LPS(lih) (Entered: 12/14/2012) |
| 01/18/2013 | 27 | ORDER Setting Mediation Conferences: A Mediation Conference is set for 4/17/2013 at 10:00 AM before Judge Sherry R. Fallon. Signed by Judge Sherry R. Fallon on 1/18/2013. (lih) (Entered: 01/18/2013) |
| 03/18/2013 | 28 | NOTICE OF SERVICE of (i) Plaintiff Benefit Funding Systems LLC's First Requests for Production of Documents to Advance America, Cash Advance Centers, Inc. and (ii) Plaintiff Benefit Funding Systems LLC's First Set of Interrogatories to Advance America, Cash Advance Centers, Inc. by Benefit Funding Systems LLC, Retirement Capital Access Management Company LLC.(Farnan, Michael) (Main Document 28 replaced on 3/19/2013) (ntl). (Entered: 03/18/2013) |
| | | |

| | | |
|---|---|---|
| 03/19/2013 | | CORRECTING ENTRY: D.I. 28 replaced with corrected document per request of counsel. (ntl) (Entered: 03/19/2013) |
| 04/03/2013 | | ORAL ORDER- The Mediation conference set for 4/17/2013 shall take place in room #6309 located on the 6th floor of the United States District Court for the District of Delaware. Ordered by Judge Sherry R. Fallon on 4/3/2013. (lih) (Entered: 04/03/2013) |
| 04/04/2013 | | ORAL ORDER- IT IS HEREBY ORDERED that: the Court will conduct a Status Teleconference on 4/5/2013 at 3:30 pm before Judge Sherry R. Fallon. Counsel for defendant shall initiate the call to 302-573-4557. Ordered by Judge Sherry R. Fallon on 4/4/2013. (lih) (Entered: 04/04/2013) |
| 04/04/2013 | | ORAL ORDER- IT IS HEREBY ORDERED that: the Status Teleconference set in this matter for 4/5/2013 at 3:30 pm is RESCHEDULED TO 4:00 pm before Judge Sherry R. Fallon. Counsel for defendant shall initiate the call to 302-573-4557. Ordered by Judge Sherry R. Fallon on 4/4/2013. (lih) (Entered: 04/04/2013) |
| 04/04/2013 | 29 | MOTION for Leave to File *Amended Complaint* - filed by Benefit Funding Systems LLC, Retirement Capital Access Management Company LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Rule 7.1.1 Certification)(Farnan, Brian) (Entered: 04/04/2013) |
| 04/05/2013 | 30 | MOTION to Stay *Proceedings Pursuant to Section 18(b) of the America Invents Act* - filed by Advance America Cash Advance Centers Inc.. (Attachments: # 1 7.1.1 Statememt, # 2 Text of Proposed Order)(Hunter, Travis) (Entered: 04/05/2013) |
| 04/05/2013 | 🔒 | (Court only) Minute Entry for proceedings held before Judge Sherry R. Fallon - Telephone Conference held on 4/5/2013. (lih) (Entered: 04/09/2013) |
| 04/09/2013 | | ORAL ORDER- IT IS HEREBY ORDERED that: the Mediation Conference set in this matter for 4/17/2013 is CANCELLED. IT IS FURTHER ORDERED that: counsel shall seek a new mediation date with the Court ten business days of any Order denying the Motion to Stay the Case. Ordered by Judge Sherry R. Fallon on 4/9/2013. (lih) (Entered: 04/09/2013) |
| 04/11/2013 | 31 | STIPULATION TO EXTEND TIME for Plaintiffs to file their Response to Motion to Stay Proceedings Pursuant to Section 18(b) of the America Invents Act to 4/25/2013 - filed by Benefit Funding Systems LLC, Retirement Capital Access Management Company LLC. (Farnan, Michael) (Entered: 04/11/2013) |
| 04/12/2013 | | SO ORDERED, re (31 in 1:12-cv-00801-LPS) (32 in 1:12-cv-00803-LPS) STIPULATION TO EXTEND TIME for Plaintiffs to file their Response to Motion to Stay Proceedings Pursuant to Section 18(b) of the America Invents Act to 4/25/2013 filed by Retirement Capital Access Management Company LLC, Benefit Funding Systems LLC. Signed by |

| | | |
|---|---|---|
| | | Judge Leonard P. Stark on 4/12/13. Associated Cases: 1:12-cv-00801-LPS, 1:12-cv-00803-LPS(ntl) (Entered: 04/12/2013) |
| 04/22/2013 | 32 | MEMORANDUM in Opposition re 29 MOTION for Leave to File *Amended Complaint* filed by Advance America Cash Advance Centers Inc..Reply Brief due date per Local Rules is 5/2/2013. (Gaza, Anne) (Entered: 04/22/2013) |
| 04/22/2013 | 33 | NOTICE OF SERVICE of (1) Defendant Advance America Cash Advance Centers, Inc.'s Responses and Objections to Plaintiff's First Set of Interrogatories; and (2) Defendant Advance America Cash Advance Centers, Inc.'s Responses and Objections to Plaintiff's First Requests for Production of Documents by Advance America Cash Advance Centers Inc..(Hunter, Travis) (Entered: 04/22/2013) |
| 04/25/2013 | 34 | STIPULATION to Extend Page Limits for Response to Motion to Stay by Benefit Funding Systems LLC, Retirement Capital Access Management Company LLC. (Farnan, Michael) (Entered: 04/25/2013) |
| 04/25/2013 | 35 | ANSWERING BRIEF in Opposition re 30 MOTION to Stay *Proceedings Pursuant to Section 18(b) of the America Invents Act* filed by Benefit Funding Systems LLC.Reply Brief due date per Local Rules is 5/6/2013. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(Farnan, Brian) (Main Document 35 replaced on 4/26/2013) (ntl). (Entered: 04/25/2013) |
| 04/26/2013 | | CORRECTING ENTRY: Corrected brief added to D.I. 35 per request of counsel. Associated Cases: 1:12-cv-00801-LPS, 1:12-cv-00802-LPS, 1:12-cv-00803-LPS(ntl) (Entered: 04/26/2013) |
| 05/02/2013 | 36 | REPLY BRIEF re 29 MOTION for Leave to File *Amended Complaint* filed by Benefit Funding Systems LLC, Retirement Capital Access Management Company LLC. (Farnan, Michael) (Entered: 05/02/2013) |
| 05/03/2013 | 37 | STIPULATION to Extend Page Limits for Response to Answering Brief in Opposition to Motion to Stay re (35 in 1:12-cv-00803-LPS) Answering Brief in Opposition, by Advance America Cash Advance Centers Inc.. (Gaza, Anne) (Entered: 05/03/2013) |
| 05/06/2013 | | SO ORDERED, re (34 in 1:12-cv-00801-LPS) (34 in 1:12-cv-00803-LPS) (34 in 1:12-cv-00802-LPS) Stipulation and Order re page limits filed by Retirement Capital Access Management Company LLC, Benefit Funding Systems LLC. Signed by Judge Leonard P. Stark on 5/3/13. Associated Cases: 1:12-cv-00801-LPS, 1:12-cv-00802-LPS, 1:12-cv-00803-LPS(ntl) (Entered: 05/06/2013) |
| 05/06/2013 | 38 | REPLY BRIEF re 30 MOTION to Stay *Proceedings Pursuant to Section 18(b) of the America Invents Act Consolidated Reply Brief in Support of Motion to Stay Proceedings Pursuant to Section 18(b) of the America Invents Act* filed by Advance America Cash Advance Centers Inc.. (Hunter, Travis) (Entered: 05/06/2013) |
| | | |

| | | |
|---|---|---|
| 05/08/2013 | | SO ORDERED, re (36 in 1:12-cv-00802-LPS, 37 in 1:12-cv-00803-LPS, 37 in 1:12-cv-00801-LPS) Stipulation and Order re page limit filed by Advance Cash Advance Centers Inc. Signed by Judge Leonard P. Stark on 5/7/13. Associated Cases: 1:12-cv-00801-LPS, 1:12-cv-00802-LPS, 1:12-cv-00803-LPS(ntl) (Entered: 05/08/2013) |
| 05/31/2013 | 39 | STATUS REPORT by Benefit Funding Systems LLC, Retirement Capital Access Management Company LLC. (Farnan, Brian) (Entered: 05/31/2013) |
| 06/07/2013 | 40 | STIPULATION to Amend Scheduling Order re (16 in 1:12-cv-00801-LPS, 13 in 1:12-cv-00802-LPS, 13 in 1:12-cv-00803-LPS) Scheduling Order,, by Advance America Cash Advance Centers Inc.. (Gaza, Anne) (Entered: 06/07/2013) |
| 06/13/2013 | 41 | SO ORDERED, re (42 in 1:12-cv-00803-LPS, 40 in 1:12-cv-00802-LPS, 40 in 1:12-cv-00801-LPS) STIPULATION AND ORDER -- Claim Construction Answering Brief due by 9/23/2013, Claim Construction Opening Brief due by 9/4/2013, A Markman Hearing is set for 11/12/2013 at 10:00 AM in Courtroom 6B. Signed by Judge Leonard P. Stark on 6/11/13. Associated Cases: 1:12-cv-00801-LPS, 1:12-cv-00802-LPS, 1:12-cv-00803-LPS (ntl) (Entered: 06/13/2013) |
| 06/18/2013 | 42 | NOTICE of Supplemental Authority Regarding Advance America's Motion to Stay Proceedings Pursuant to Section 18(b) of the America Invents Act by Advance America Cash Advance Centers Inc. re 30 MOTION to Stay *Proceedings Pursuant to Section 18(b) of the America Invents Act* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Hunter, Travis) (Entered: 06/18/2013) |
| 06/21/2013 | 43 | ORDER Setting Teleconference: A Discovery Teleconference is set for 6/28/2013 at 10:00 AM. Signed by Judge Leonard P. Stark on 6/21/13. Associated Cases: 1:12-cv-00801-LPS, 1:12-cv-00802-LPS, 1:12-cv-00803-LPS(ntl) (Entered: 06/21/2013) |
| 06/24/2013 | 44 | Letter to The Honorable Leonard P. Stark from Michael J. Farnan regarding Discovery Dispute. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Farnan, Michael) (Entered: 06/24/2013) |
| 06/24/2013 | 45 | Letter to The Honorable Leonard P. Stark from Travis S. Hunter regarding Discovery Dispute. (Hunter, Travis) (Entered: 06/24/2013) |
| 06/24/2013 | 46 | [SEALED] EXHIBIT re (46 in 1:12-cv-00803-LPS) Letter *(Exhibit A to letter to Judge Stark)* by Advance America Cash Advance Centers Inc.. (Hunter, Travis) (Entered: 06/24/2013) |
| 06/24/2013 | 47 | [SEALED] EXHIBIT re (46 in 1:12-cv-00803-LPS) Letter *(Exhibit B to letter to Judge Stark)* by Advance America Cash Advance Centers Inc.. (Hunter, Travis) (Entered: 06/24/2013) |
| 06/25/2013 | 48 | Letter to The Honorable Leonard P. Stark from Travis S. Hunter regarding Response to June 24, 2013 letter to The Honorable Leonard P. |

| | | Stark from Michael J. Farnan regarding discovery dispute - re (44 in 1:12-cv-00801-LPS) Letter, (44 in 1:12-cv-00802-LPS) Letter. (Hunter, Travis) (Entered: 06/25/2013) |
|---|---|---|
| 06/25/2013 | 49 | Letter to The Honorable Leonard P. Stark from Michael J. Farnan regarding Response to Discovery Dispute Letter - re 45 Letter. (Farnan, Michael) (Entered: 06/25/2013) |
| 06/26/2013 | 50 | Letter to The Honorable Leonard P. Stark from Travis S. Hunter regarding Clarification of Defendants' Joint Response to Plaintiffs' Discovery Dispute Letter - re 49 Letter. (Hunter, Travis) (Entered: 06/26/2013) |
| 06/28/2013 | | Minute Entry for proceedings held before Judge Leonard P. Stark - Discovery Teleconference held on 6/28/2013. (Court Reporter B. Gaffigan.) Associated Cases: 1:12-cv-00801-LPS, 1:12-cv-00802-LPS, 1:12-cv-00803-LPS(ntl) (Entered: 06/28/2013) |
| 06/28/2013 | 51 | MEMORANDUM ORDER re discovery disputes; 30 MOTION to Stay is DENIED WITHOUT PREJUDICE; 29 MOTION for Leave to File Amended Complaint is GRANTED. Signed by Judge Leonard P. Stark on 6/28/13. (ntl) (Entered: 06/28/2013) |
| 07/03/2013 | 52 | First AMENDED COMPLAINT against Advance America Cash Advance Centers Inc., CNU Online Holdings, LLC f/k/a Cash America Net Holdings, LLC- filed by Retirement Capital Access Management Company LLC, Benefit Funding Systems LLC. (Attachments: # 1 Exhibit A)(Farnan, Brian) (Entered: 07/03/2013) |
| 07/03/2013 | | Summons Issued with Magistrate Consent Notice attached as to CNU Online Holdings, LLC f/k/a Cash America Net Holdings, LLC on 7/3/2013. (els) (Entered: 07/03/2013) |
| 07/08/2013 | 53 | NOTICE OF SERVICE of (i) First Amended Complaint; (ii) Plaintiff Benefit Funding Systems LLC's First Set of Interrogatories to CNU Online Holdings, LLC; and (iii) Plaintiff Benefit Funding Systems LLC's First Requests for Production of Documents to CNU Online Holdings, LLC by Benefit Funding Systems LLC, Retirement Capital Access Management Company LLC.(Farnan, Brian) (Entered: 07/08/2013) |
| 07/09/2013 | 54 | REDACTED VERSION of 46 Exhibit to a Document *(Public Version of Exhibit A (D.I. 46) to the June 24, 2013 letter from Travis S. Hunter Esquire to The Honorable Leonard P. Stark (D.I. 45))* by Advance America Cash Advance Centers Inc.. (Hunter, Travis) (Entered: 07/09/2013) |
| 07/09/2013 | 55 | REDACTED VERSION of 47 Exhibit to a Document *(Public Version of Exhibit B (D.I. 47) to the June 24, 2013 letter from Travis S. Hunter Esquire to The Honorable Leonard P. Stark (D.I. 45))* by Advance America Cash Advance Centers Inc.. (Hunter, Travis) (Entered: 07/09/2013) |

| | | |
|---|---|---|
| 07/14/2013 | 56 | Official Transcript of Telephone Conference held on June 28, 2013 before Judge Leonard P. Stark. Court Reporter Brian P. Gaffigan, Telephone(302) 573-6360. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 8/5/2013. Redacted Transcript Deadline set for 8/14/2013. Release of Transcript Restriction set for 10/15/2013. (bpg) (Entered: 07/14/2013) |
| 07/22/2013 | 57 | AMENDED ANSWER to 52 Amended Complaint,, COUNTERCLAIM against Benefit Funding Systems LLC, Retirement Capital Access Management Company LLC by Advance America Cash Advance Centers Inc.. (Hunter, Travis) (Entered: 07/22/2013) |
| 07/23/2013 | 58 | SUMMONS Returned Executed by Benefit Funding Systems LLC, Retirement Capital Access Management Company LLC. CNU Online Holdings, LLC f/k/a Cash America Net Holdings, LLC served on 7/8/2013, answer due 7/29/2013. (Farnan, Michael) (Entered: 07/23/2013) |
| 07/26/2013 | 59 | STIPULATION TO EXTEND TIME the time for the parties to exchange proposed claim terms and proposed constructions to August 2, 2013 - filed by Advance America Cash Advance Centers Inc.. (Hunter, Travis) (Entered: 07/26/2013) |
| 07/29/2013 | 60 | NOTICE of Appearance by Christopher M. Coggins on behalf of CNU Online Holdings, LLC f/k/a Cash America Net Holdings, LLC (Coggins, Christopher) (Entered: 07/29/2013) |
| 07/29/2013 | 61 | MOTION for Pro Hac Vice Appearance of Attorney John A. Leja, Mark T. Deming, and Robyn Ast-Gmoser - filed by CNU Online Holdings, LLC f/k/a Cash America Net Holdings, LLC. (Coggins, Christopher) (Entered: 07/29/2013) |
| 07/29/2013 | 62 | ANSWER to Amended Complaint, re: 52 Amended Complaint, *with*, First COUNTERCLAIM against All Plaintiffs by CNU Online Holdings, LLC f/k/a Cash America Net Holdings, LLC.(Coggins, Christopher) (Entered: 07/29/2013) |
| 07/29/2013 | 63 | First Disclosure Statement pursuant to Rule 7.1 filed by CNU Online Holdings, LLC f/k/a Cash America Net Holdings, LLC identifying Corporate Parent Enova International Inc., Corporate Parent Cash America International, Inc. for CNU Online Holdings, LLC f/k/a Cash America Net Holdings, LLC.. (Coggins, Christopher) (Entered: 07/29/2013) |
| 07/30/2013 | | DISCLOSURE STATEMENT NOTICE: In conjunction with the disclosure statement docketed in this action (SEE DI# 63 , corporate parents and other affiliates should be added to the case. The event code ADD CORPORATE AFFILIATES/PARENTS, found in the OTHER DOCUMENTS list, should be used to add this information. (rwc) (Entered: 07/30/2013) |

| 07/30/2013 | | Corporate Affiliates/Parents added per Disclosure Statement: identifying Corporate Parent Enova International Inc., Corporate Parent Cash America International, Inc. for CNU Online Holdings, LLC f/k/a Cash America Net Holdings, LLC. (Coggins, Christopher) (Entered: 07/30/2013) |
|---|---|---|
| 07/30/2013 | | SO ORDERED, re (54 in 1:12-cv-00802-LPS, 59 in 1:12-cv-00801-LPS, 54 in 1:12-cv-00803-LPS) STIPULATION TO EXTEND TIME the time for the parties to exchange proposed claim terms and proposed constructions to August 2, 2013 filed by Advance America Cash Advance Centers Inc. Signed by Judge Leonard P. Stark on 7/30/13. Associated Cases: 1:12-cv-00801-LPS, 1:12-cv-00802-LPS, 1:12-cv-00803-LPS(ntl) (Entered: 07/30/2013) |
| 07/30/2013 | | SO ORDERED, re 61 MOTION for Pro Hac Vice Appearance of Attorney John A. Leja, Mark T. Deming, and Robyn Ast-Gmoser filed by CNU Online Holdings, LLC f/k/a Cash America Net Holdings, LLC. Signed by Judge Leonard P. Stark on 7/30/13. (ntl) (Entered: 07/30/2013) |
| 07/31/2013 | 64 | NOTICE of Withdrawal of Anne Shea Gaza by Advance America Cash Advance Centers Inc. (Gaza, Anne) (Entered: 07/31/2013) |
| 07/31/2013 | | Pro Hac Vice Attorney Mark T. Deming for CNU Online Holdings, LLC f/k/a Cash America Net Holdings, LLC added for electronic noticing. (dmp, ) (Entered: 07/31/2013) |
| 07/31/2013 | 🔒 | (Court only) *** Attorney Anne Shea Gaza terminated. (ntl) (Entered: 08/12/2013) |
| 08/01/2013 | | Pro Hac Vice Attorney John A. Leja,Robyn H. Ast-Gmoser for CNU Online Holdings, LLC f/k/a Cash America Net Holdings, LLC added for electronic noticing. (dmp, ) (Entered: 08/01/2013) |
| 08/07/2013 | 65 | STIPULATION Amending Scheduling Order by Benefit Funding Systems LLC, Retirement Capital Access Management Company LLC. (Attachments: # 1 Exhibit A)(Farnan, Michael) (Entered: 08/07/2013) |
| 08/15/2013 | 66 | ANSWER to 57 Amended Answer to Complaint, Counterclaim by Benefit Funding Systems LLC, Retirement Capital Access Management Company LLC.(Farnan, Michael) (Entered: 08/15/2013) |
| 08/16/2013 | 67 | NOTICE OF SERVICE of Rule 26 (a)1) Disclosures, Responses to Plaintiffs' First Set of Requests for Production & Responses to Plaintiffs' First Set of Interrogatories re 53 Notice of Service, by CNU Online Holdings, LLC f/k/a Cash America Net Holdings, LLC. Related document: 53 Notice of Service, filed by Retirement Capital Access Management Company LLC, Benefit Funding Systems LLC.(Coggins, Christopher) (Entered: 08/16/2013) |
| 08/16/2013 | 68 | NOTICE OF SERVICE of First Set of Requests for Production of Documents & Things and First Set of Interrogatories Directed to Plaintiffs by CNU Online Holdings, LLC f/k/a Cash America Net |

| | | Holdings, LLC.(Coggins, Christopher) (Entered: 08/16/2013) |
|---|---|---|
| 08/19/2013 | | SO ORDERED, re (56 in 1:12-cv-00802-LPS) (65 in 1:12-cv-00801-LPS) (55 in 1:12-cv-00803-LPS) Stipulation and Order to Amend Scheduling Order. Signed by Judge Leonard P. Stark on 8/19/13. Associated Cases: 1:12-cv-00801-LPS, 1:12-cv-00802-LPS, 1:12-cv-00803-LPS(ntl) (Entered: 08/19/2013) |
| 08/19/2013 | 69 | AMENDED SCHEDULING ORDER: Discovery due by 3/17/2014. Dispositive Motions due by 8/29/2014. Claim Construction Opening Brief due by 12/20/2013. Claim Construction Answering Brief due by 1/13/2014. A Markman Hearing is set for 2/18/2014 at 09:30 AM in Courtroom 6B. Signed by Judge Leonard P. Stark on 8/19/13. Associated Cases: 1:12-cv-00801-LPS, 1:12-cv-00802-LPS, 1:12-cv-00803-LPS(ntl) (Entered: 08/19/2013) |
| 08/20/2013 | 70 | ANSWER to 62 Answer to Amended Complaint, Counterclaim by Benefit Funding Systems LLC, Retirement Capital Access Management Company LLC.(Farnan, Michael) (Entered: 08/20/2013) |
| 09/17/2013 | 71 | NOTICE OF SERVICE of Core Technical Documents Pursuant to Paragraph 4(b) of the Delaware Default Discovery Standards re 69 Scheduling Order, 65 Stipulation, SO ORDERED, by CNU Online Holdings, LLC f/k/a Cash America Net Holdings, LLC. Related document: 69 Scheduling Order, 65 Stipulation filed by Retirement Capital Access Management Company LLC, Benefit Funding Systems LLC, SO ORDERED,.(Coggins, Christopher) (Entered: 09/17/2013) |
| 09/17/2013 | 72 | NOTICE OF SERVICE of Defendant Advance America Cash Advance Centers, Inc.s Disclosures Pursuant to Paragraph 4(B) of the Default Standard for Discovery, Including Discovery of Electronically Stored Information by Advance America Cash Advance Centers Inc..(Hunter, Travis) (Entered: 09/17/2013) |
| 09/18/2013 | 73 | STIPULATION TO EXTEND TIME to EXTEND the deadline for Paragraph 3 disclosures between Plaintiffs and CNU Online Holdings, LLC f/k/a Cash America Net Holdings, LLC to 10/9/13 - filed by Benefit Funding Systems LLC, Retirement Capital Access Management Company LLC. (Farnan, Michael) (Entered: 09/18/2013) |
| 09/18/2013 | 74 | NOTICE OF SERVICE of Plaintiffs' Rule 26(a)(1)(A) Disclosures by Benefit Funding Systems LLC, Retirement Capital Access Management Company LLC.(Farnan, Brian) (Entered: 09/18/2013) |
| 09/19/2013 | 75 | NOTICE OF SERVICE of (i) Plaintiff Benefit Funding Systems LLC's Objections and Responses to CNU Online Holdings, LLC's First Set of Requests for Production of Documents and Things; (ii) Plaintiff Retirement Capital Access Management Company LLC's Objections and Responses to CNU Online Holdings, LLC's First Set of Requests for Production of Documents and Things; (iii) Plaintiff Benefit Funding Systems LLC's Objections and Responses to CNU Online Holdings, LLC's First Set of Interrogatories; and (iv) Plaintiff Retirement Capital Access Management Company LLC's Objections and Responses to CNU |

| | | |
|---|---|---|
| | | Online Holdings, LLC's First Set of Interrogatories by Benefit Funding Systems LLC, Retirement Capital Access Management Company LLC. (Farnan, Brian) (Entered: 09/19/2013) |
| 09/20/2013 | | SO ORDERED, re 73 STIPULATION TO EXTEND the deadline for Paragraph 3 disclosures between Plaintiffs and CNU Online Holdings, LLC f/k/a Cash America Net Holdings, LLC to 10/9/13 filed by Retirement Capital Access Management Company LLC, Benefit Funding Systems LLC. Signed by Judge Leonard P. Stark on 9/20/13. (ntl) (Entered: 09/20/2013) |
| 09/30/2013 | 76 | NOTICE OF SERVICE of Plaintiffs' Initial Claim Chart to CNU Online Holdings, LLC f/k/a Cash America Net Holdings, LLC by Benefit Funding Systems LLC, Retirement Capital Access Management Company LLC.(Farnan, Michael) (Entered: 09/30/2013) |
| 10/04/2013 | 77 | MOTION to Stay - filed by CNU Online Holdings, LLC f/k/a Cash America Net Holdings, LLC. (Coggins, Christopher) (Entered: 10/04/2013) |
| 10/07/2013 | 78 | MOTION to Stay *Renewed Motion to Stay Proceedings Pursuant to Section 18(B) of the America Invents Act* - filed by Advance America Cash Advance Centers Inc.. (Attachments: # 1 Text of Proposed Order, # 2 Statement Pursuant to Local Rule 7.1.1.)(Hunter, Travis) (Entered: 10/07/2013) |
| 10/09/2013 | 79 | NOTICE OF SERVICE of Plaintiffs' Initial Electronic Discovery Related Disclosures to CNU by Benefit Funding Systems LLC, Retirement Capital Access Management Company LLC.(Farnan, Michael) (Entered: 10/09/2013) |
| 10/10/2013 | 80 | NOTICE OF SERVICE of Corporate Disclosures Pursuant to Paragraph 3 of the Default Discovery Standards re SO ORDERED, by CNU Online Holdings, LLC f/k/a Cash America Net Holdings, LLC. Related document: SO ORDERED,.(Coggins, Christopher) (Entered: 10/10/2013) |
| 10/15/2013 | 81 | STIPULATION to Extend Response Brief to 30 Pages by Benefit Funding Systems LLC, Retirement Capital Access Management Company LLC. (Farnan, Michael) (Entered: 10/15/2013) |
| 10/15/2013 | 82 | ANSWERING BRIEF in Opposition re 77 MOTION to Stay , 78 MOTION to Stay *Renewed Motion to Stay Proceedings Pursuant to Section 18(B) of the America Invents Act* filed by Benefit Funding Systems LLC, Retirement Capital Access Management Company LLC.Reply Brief due date per Local Rules is 10/25/2013. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Farnan, Brian) (Entered: 10/15/2013) |
| 10/18/2013 | | SO ORDERED, re (62 in 1:12-cv-00803-LPS, 81 in 1:12-cv-00801-LPS, 61 in 1:12-cv-00802-LPS) Stipulation and Order re page limitations filed by Retirement Capital Access Management Company LLC, Benefit Funding Systems LLC. Signed by Judge Leonard P. Stark on 10/17/13. |

| | | |
|---|---|---|
| | | Associated Cases: 1:12-cv-00801-LPS, 1:12-cv-00802-LPS, 1:12-cv-00803-LPS(ntl) (Entered: 10/18/2013) |
| 10/22/2013 | 83 | NOTICE OF SERVICE of Initial Invalidity Contentions Pursuant to Paragraph 4 of the District of Delaware Default Standard for Discovery re 69 Scheduling Order, by CNU Online Holdings, LLC f/k/a Cash America Net Holdings, LLC. Related document: 69 Scheduling Order,. (Coggins, Christopher) (Entered: 10/22/2013) |
| 10/22/2013 | 84 | NOTICE: At the hearing scheduled for Friday, October 25, 2013 beginning at 3:30, the Court will hear argument on all pending motions to stay in all three related cases (C.A. Nos. 12-801, 12-802, 12-803). The movants will share a total of 30 minutes and Plaintiffs will be given a total of 30 minutes. Associated Cases: 1:12-cv-00801-LPS, 1:12-cv-00802-LPS, 1:12-cv-00803-LPS (ntl) (Entered: 10/22/2013) |
| 10/22/2013 | 85 | NOTICE OF SERVICE of Defendant Advance America Cash Advance Centers, Inc.'s Disclosures Pursuant to Paragraph 4(d) of the Default Standard for Discovery, Including Discovery of Electonically Stored Information by Advance America Cash Advance Centers Inc..(Hunter, Travis) (Entered: 10/22/2013) |
| 10/22/2013 | 86 | REPLY to Response to Motion re 78 MOTION to Stay *Renewed Motion to Stay Proceedings Pursuant to Section 18(B) of the America Invents Act Reply In Further Support of Defendant Advance America, Cash Advance Centers, Inc.'s Renewed Motion To Stay Proceedings Pursuant to Section 18(B) of the America Invents Act* filed by Advance America Cash Advance Centers Inc.. (Hunter, Travis) (Entered: 10/22/2013) |
| 10/23/2013 | 87 | REPLY BRIEF re 77 MOTION to Stay *Proceedings Pursuant to Section 18(B) of the America Invents Act* filed by CNU Online Holdings, LLC f/k/a Cash America Net Holdings, LLC. (Coggins, Christopher) (Entered: 10/23/2013) |
| 10/23/2013 | 88 | NOTICE of Notice of Service by CNU Online Holdings, LLC f/k/a Cash America Net Holdings, LLC re 87 Reply Brief, 77 MOTION to Stay *Proceedings Pursuant to Section 18(B) of the America Invents Act* (Coggins, Christopher) (Entered: 10/23/2013) |
| 10/25/2013 | 89 | ORAL ORDER: For the reasons stated in Court this same date, IT IS HEREBY ORDERED that the motions to stay these related cases (C.A. No. 12-801 D.I. 77 and 78; C.A. No. 12-802 D.I. 59; C.A. No. 12-803 D.I. 59) are GRANTED. All three of these cases are STAYED pending completion of the PTAB's CBM Review of the validity of the claims of the '582 patent. The parties shall file joint status reports in each of these actions no later than ten (10) days after the completion of the CBM Review. ORDERED by Judge Leonard P. Stark on 10/25/13. Associated Cases: 1:12-cv-00801-LPS, 1:12-cv-00802-LPS, 1:12-cv-00803-LPS (ntl) (Entered: 10/25/2013) |
| 10/25/2013 | | Minute Entry for proceedings held before Judge Leonard P. Stark - Oral Argument held on 10/25/2013. (Court Reporter B. Gaffigan.) Associated Cases: 1:12-cv-00801-LPS, 1:12-cv-00802-LPS, 1:12-cv-00803-LPS |

| | | |
|---|---|---|
| | | (ntl) (Entered: 10/28/2013) |
| 11/20/2013 | 🔒 90 | Official Transcript of Oral Argument Hearing held on October 25, 2013 before Judge Leonard P. Stark. Court Reporter Brian Gaffigan, Telephone (302) 573-6360. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 12/11/2013. Redacted Transcript Deadline set for 12/23/2013. Release of Transcript Restriction set for 2/18/2014. (bpg) (Entered: 11/20/2013) |
| 11/24/2013 | 91 | NOTICE OF APPEAL to the Federal Circuit of 89 Order,, . Appeal filed by Benefit Funding Systems LLC, Retirement Capital Access Management Company LLC. (Farnan, Michael) (Entered: 11/24/2013) |
| 11/24/2013 | | APPEAL - Credit Card Payment of $ 455.00 received re 91 Notice of Appeal (Federal Circuit) filed by Retirement Capital Access Management Company LLC, Benefit Funding Systems LLC. ( Filing fee $ 455, receipt number 0311-1413917.) (Farnan, Michael) (Entered: 11/24/2013) |
| 11/25/2013 | | Notice of Appeal and Docket Sheet to US Court of Appeals for the Federal Circuit re 91 Notice of Appeal (Federal Circuit). (dmp, ) (Entered: 11/25/2013) |
| 11/25/2013 | | Notification regarding 91 Notice of Appeal (Federal Circuit) sent to Reporter Gaffigan (dmp, ) (Entered: 11/25/2013) |