NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BENEFIT FUNDING SYSTEMS LLC** AND **RETIREMENT CAPITAL ACCESS MANAGEMENT COMPANY LLC,**
*Plaintiffs-Appellants,*

v.

**ADVANCE AMERICA CASH ADVANCE CENTERS INC.** AND **CNU ONLINE HOLDINGS, LLC, FKA CASH AMERICA NET HOLDINGS, LLC,**
*Defendants-Appellees.*

---

2014-1122

---

Appeal from the United States District Court for the District of Delaware in No. 1:12-cv-00801-LPS, Judge Leonard P. Stark.

-------------------------------------------------------------------------

**BENEFIT FUNDING SYSTEMS LLC** AND **RETIREMENT CAPITAL ACCESS MANAGEMENT COMPANY LLC,**
*Plaintiffs-Appellants,*

v.

**REGIONS FINANCIAL CORPORATION,**
*Defendant-Appellee.*

———————————

2014-1124

———————————

Appeal from the United States District Court for the District of Delaware in No. 1:12-cv-00802-LPS, Judge Leonard P. Stark.

---------------------------------------------------------------------

**BENEFIT FUNDING SYSTEMS LLC** AND
**RETIREMENT CAPITAL ACCESS MANAGEMENT COMPANY LLC,**
*Plaintiffs-Appellants,*

v.

**US BANCORP,**
*Defendant-Appellee.*

———————————

2014-1125

———————————

Appeal from the United States District Court for the District of Delaware in No. 1:12-cv-00803-LPS, Judge Leonard P. Stark.

———————————

**ON MOTION**

———————————

**O R D E R**

U.S. Bancorp and Regions Financial Corp. move to consolidate Appeal Nos. 2014-1122, -1124, and -1125 and for an extension of time to file their responsive briefs by April 14, 2014. The remaining parties do not oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions are granted. Appeal Nos. 2014-1122, -1124, and -1125 are consolidated. The revised official caption is reflected above. The appeals shall be argued as a single case.

(2) The appellees' responsive briefs shall be due no later than April 14, 2014.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30