NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BENEFIT FUNDING SYSTEMS LLC, RETIREMENT CAPITAL ACCESS MANAGEMENT COMPANY LLC,**
*Plaintiffs – Appellants,*

v.

**ADVANCE AMERICA CASH ADVANCE CENTERS INC., CNU ONLINE HOLDINGS, LLC, FKA CASH AMERICA NET HOLDINGS, LLC,**
*Defendants – Appellees.*

---

14-1122

---

Appeal from the United States District Court for the District of Delaware in No. 1:12-cv-00801-LPS United States District Judge Leonard P. Stark.

---

ON MOTION

O R D E R

Upon consideration of the Appellants Benefit Funding Systems LLC, and Retirement Capital Access Management Company LLC's unopposed motion to extend time to file their reply brief until May 06, 2014,

IT IS ORDERED THAT:

The motion is granted.

                              FOR THE COURT

April 30, 2014                /s/ Daniel E. O'Toole
                              Daniel E. O'Toole
                              Clerk of Court