NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BENEFIT FUNDING SYSTEMS LLC** AND **RETIREMENT CAPITAL ACCESS MANAGEMENT COMPANY LLC,**
*Plaintiffs-Appellants,*

v.

**ADVANCE AMERICA CASH ADVANCE CENTERS INC.** AND **CNU ONLINE HOLDINGS, LLC, FKA CASH AMERICA NET HOLDINGS, LLC,**
*Defendants-Appellees.*

---

2014-1122

---

Appeal from the United States District Court for the District of Delaware in No. 1:12-cv-00801-LPS, Judge Leonard P. Stark.

-----------------------------------------------------------------------

**BENEFIT FUNDING SYSTEMS LLC** AND **RETIREMENT CAPITAL ACCESS MANAGEMENT COMPANY LLC,**
*Plaintiffs-Appellants,*

v.

**REGIONS FINANCIAL CORPORATION,**
*Defendant-Appellee.*

───────────────

2014-1124

───────────────

Appeal from the United States District Court for the District of Delaware in No. 1:12-cv-00802-LPS, Judge Leonard P. Stark.

---

**BENEFIT FUNDING SYSTEMS LLC AND RETIREMENT CAPITAL ACCESS MANAGEMENT COMPANY LLC,**
*Plaintiffs-Appellants,*

v.

**US BANCORP,**
*Defendant-Appellee.*

───────────────

2014-1125

───────────────

Appeal from the United States District Court for the District of Delaware in No. 1:12-cv-00803-LPS, Judge Leonard P. Stark.

───────────────

**ON MOTION**

───────────────

**O R D E R**

Appellants move without opposition for leave to file a substitute joint opening brief with brief attached.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The substitute brief is accepted for filing.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30